

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 09-20406-CR-JORDAN/McALILEY |
| **DEFENDANT** OSCAR ROSALES, a/k/a "El Doctor" | **TYPE OF PROCESS** Preliminary Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
$14,238.47 (United State dollars) held in Citibank, N.A, account number xxxxxxx3319.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
U.S. Customs & Border Protection, 6601 N.W. 25th Street, Miami, Florida 33152-2007.

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
AUSA KAREN E. MOORE
UNITED STATES ATTORNEY'S OFFICE
99 N.E. 4TH STREET
SUITE 700
MIAMI, FLORIDA 33132-2111

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
Agency Case No. MI02PR08MI0100

FPF 2009520100047914

Signature of Attorney or Other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant
TELEPHONE NO. (305) 961-9030
DATE 7/31/09

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
*Camila Balaguer* 8/5/09

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. 4
District to Serve No. 4
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. McLeod SPS
DATE 8/10/09

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
**JAVIER LOPEZ, SPS**
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above)
6601 NW 25th STREET
SUITE 203
MIAMI, FL 33159

| DATE OF SERVICE | TIME OF SERVICE | |
|---|---|---|
| 8/10/09 | 1545 | ☐ AM ☒ PM |

SIGNATURE, TITLE AND TREASURY AGENCY
CBP SPS

**REMARKS:** SERVED PRELIMINARY ORDER OF FORFEITURE ON THE ABOVE SEIZURE. $14238.47 WAS DEPOSITED IN ACCT #741 ON 5/13/09.

TD F 90-22.48 (6/96)

FPF AUG 05 '09 PM 12:21